**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-6761**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALVIN DEXTER TAYLOR,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, Chief District Judge. (CR-99-10-BO)

———————————

Submitted: September 25, 2003      Decided: November 21, 2003

———————————

Before WIDENER, GREGORY, and SHEDD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alvin Dexter Taylor, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Thomas B. Murphy, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Alvin Dexter Taylor appeals the district court's order denying his motion filed under Fed. R. Crim. P. 36.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court in its order.  United States v. Taylor, No. CR-99-10-BO (E.D.N.C. filed Apr. 1, 2003 & entered Apr. 2, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED